Ira S. Lipsius, Esq. (IL 5704)
Schindel, Farman, Lipsius, Gardner & Rabinovich LLP
Attorneys for Plaintiff, Isaac Cohen, M.D.
14 Penn Plaza, Suite 500
New York, NY 10122
212-563-1710

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------X
ISAAC COHEN, M.D.,                 CV 09-5383 (LDW) (ARL)

           Plaintiff,

   -against-                      **JOINT PRETRIAL ORDER**

PROVIDENT LIFE AND CASUALTY,

           Defendant.
-----------------------------------------------X

    1.     Name, Address and Telephone Number for Trial Counsel:

**Trial Counsel for Plaintiff**:

Ira S. Lipsius, Esq.
Schindel, Farman, Lipsius, Gardner & Rabinovich LLP
14 Penn Plaza, Suite 500
New York, NY 10122
212-563-1710
Fax: 212-695-6602

**Trial Counsel for Defendant**:

Louis P. DiGiaimo, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mouth Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
(973) 425-8843
Fax: (974) 425-0161

    2.     Statement whether case is to be tried with or without a jury and number of trial dates:

**Plaintiff**:

Two-day Jury Trial

**Defendant**:

Defendants anticipate the jury trial will take 5 days, from jury selection through closing argument.

3. Fact & Expert Witnesses Whose Testimony is to be Offered;

**Witness List for Plaintiff**

1. Isaac Cohen, M.D.
   6 Helen Drive
   East Hills, NY 11577
   Fact Witness

2. Helen Marks, M.D.
   6 Helen Drive
   East Hills, NY 11577
   Fact Witness

3. Roger L. Simpson, M.D.
   Long Island Plastic Surgical Group
   999 Franklin Avenue
   Garden City, NY 11566
   Fact Witness

4. Charles A. Mitgang, M.D.
   Charles A. Mitgang, M.D., PC
   371 Merrick Road, Suite 302
   Rockville Centre, NY 11570
   Fact witness

5. Kenneth M. Kamler, M.D.
   410 Lakeville Road, Suite 100
   New Hyde Park, NY 11042
   Fact & expert witness

6. David Weinstock, M.D.
   Lynbrook Cardiology Associates
   253 Broadway
   Lynbrook, N.Y. 11563
   Fact witness

7. Richard N. Stellar, M.D.
   Long Island Gastroenterology Group, P.C.
   131 Merrick Road
   Merrick, NY 11566
   Fact Witness

8. Carlos F. Montero, M.D.
   2920 Hempstead Turnpike
   Levittown, NY
   Expert Witness

9. R. Groves, M.D.
   c/o UNUM Group
   18 Chestnut Street
   Worcester. MA 01608
   Defendant's expert witness

10. Lynn M. Shumaker
    Sr. Disability Benefits Specialist
    Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

11. Deborah A. Horvath, MA
    Voc Rehab Consultant
    Last Known Address: 51 Christie Way, Apartment 51D
    Marlborough, MA 01752
    Fact witness

12. David P. Mero
    Sr. Commutation Specialist Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

13. Laurence G. Cignoli, M.D.
    VP & Sr. Medical Director/Underwriting Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

14. Jennifer Small
    Disability Benefits Consultant
    Last Known Address: 48A Hoskins Road
    Simsbury, CT 06070
    Fact witness

15. Robert J. Rodecker
    Voc Rehab Consultant Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

16. Joel W. Saks, M.D.
    Medical Consultant Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

17. Nabil A. Malek, M.D.
    Medical Consultant
    Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

18. Helen L. Dykeman
    Field Consultant
    Last Known Address: 31 Island Creek Road
    Southampton, NY 11968
    Fact witness

19. Marc A. Lippel
    Executive Field Consultant
    Unum Group
    1 Fountain Square
    Chattanooga, TN 37402
    Fact witness

20. Ericka L. Morales
    Sr. Disability Benefits Specialist
    Last Known Address: 249 Marcy Street, 2nd Floor
    Southbridge, MA 01550
    Fact witness

21. Jeffrey S. Parsons
    Director, IDI Benefits Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

22. Hope R. Troilo
    Director, Extended Duration Unit
    Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

23. Anila Skende
    Benefits Center Coordinator, EDU
    Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

24. Joseph W. Griffin
    Manager, EDU
    Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

25. Joel W. Saks, M.D.
    Medical Consultant
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

26. Patricia Phelan-UNUM Group
    Fact witness

**Witness List of Defendant**

1. Joseph W. Griffin
   Manager, EDU
   Unum Group
   18 Chestnut Street
   Worcester, MA 01608
   Fact witness

2.  Lynn M. Shumaker
    Sr. Disability Benefits Specialist
    Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

3.  Deborah A. Horvath, MA
    Voc Rehab Consultant
    Last Known Address:
    51 Christie Way, Apartment 51D
    Marlborough, MA 01752
    Fact witness

4.  Robert J. Rodecker
    Sr. Voc Rehab Consultant
    Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

5.  Joel W. Saks, M.D.
    Medical Consultant
    Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

6.  Nabil A. Malek, M.D.
    Medical Consultant
    c/o Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Fact witness

7.  Marc A. Lippel
    Executive Field Consultant
    Unum Group
    1 Fountain Square
    Chattanooga, TN 37402
    Fact witness

8. Jeffrey S. Parsons
   Director, IDI Benefits
   Unum Group
   18 Chestnut Street
   Worcester, MA 01608
   Fact witness

9. Hope R. Troilo
   Director, Extended Duration Unit
   Unum Group
   18 Chestnut Street
   Worcester, MA 01608
   Fact witness

10. Isaac Cohen, M.D.
    6 Helen Drive
    East Hills, NY 11577
    Fact witness

11. Helen Marks, M.D.
    6 Helen Drive
    East Hills, NY 11577
    Fact witness

12. Jane E. Russell
    Orlin & Cohen Orthopedic Associates, LLP
    2 Lincoln Avenue, Suite 400
    Rockville Centre, NY 11570
    Fact witness

13. Roger L. Simpson, M.D.
    Long Island Plastic Surgical Group
    999 Franklin Avenue
    Garden City, NY 11566
    Fact witness

14. R. John Groves, M.D.
    c/o Unum Group
    18 Chestnut Street
    Worcester, MA 01608
    Expert witness

15. Kenneth M. Kamler, M.D.
    410 Lakeville Road, Suite 100
    New Hyde Park, NY 11042
    Fact & expert witness

4. **Trial Exhibits**

   **For Plaintiff:**

| | Description | |
|---|---|---|
| 1 | Complaint and Civil Cover Sheet | |
| 2 | Answer | |
| 3 | Miscellaneous internal emails produced by Defendant with Rule 26 Disclosure | |
| 4 | Plaintiff's response to defendant's Interrogatories | |
| 5 | Plaintiff's written response to defendant's Request for Production | |
| 6 | Defendant's response to plaintiff's Interrogatories | |
| 7 | Defendant's written response to plaintiff's Request for Production | |
| 8 | Medical Records of Dr. Stellar | |
| 9 | Medical Records Dr. Helen Marks. | |
| 10 | Medical Records Dr. Kamler | |
| 11 | CV and Expert report Dr. Kamler | |
| 12 | Medical records Dr. Simpson | |

| No. | Description | Objection |
|---|---|---|
| 13 | CV and Expert Report Dr. Montero | |
| 14 | Medical records from Mercy Hospital - to be produced | Not produced |
| 15 | X-rays of hand – 3/02/07 | Not identified |
| 16 | Expert report and CV from Dr. Groves | |
| 17 | Amended report and CV from Dr. Groves | |
| 18 | Dr. Cohen production | |
| 19 | Life Expectancy Analysis for Dr. Cohen, 21st Century | Hearsay Relevance |
| 20 | Life Expectancy Analysis for Dr. Cohen, EMSI | Hearsay Relevance |
| 21 | Newspaper Article re Finnish Strike | Hearsay Relevance |
| 22 | Provident Claim File | |
| 23 | Copy of Provident archived emails | |
| 24 | Copy of Provident computer screens associated with Cohen Policy and/or Claim | |
| 25 | Copy of Provident Claim file associated with Unum Policy | |
| 26 | Copies of archived emails associated with UNUM Policy or Claim file | |
| 27 | Copies of Computer Screens associated with UNUM Policy or Claim File | |

| No. | Description | Objection |
|---|---|---|
| 28 | Application for Policy | |
| 29 | Disability claims Process Document | |
| 30 | Disability Claims Manual Between 4/1/2003 – 4/10/2010 | |
| 31 | The Benefit Claims Manual as of 4/1/2003 | |
| 32 | Accident Report | Hearsay |
| | | |

**For Defendant**                                                  **Objections**

| No. | Description | Objection |
|---|---|---|
| 1 | Policy Number Policy No. 36-337-6072590 | |
| 2 | March 6, 2003 letter from Dr. Cohen | |
| 3 | March 10, 2003 letter from Provident Life to Dr. Cohen | |
| 4 | August 5, 2003 letter from Provident Life to Dr. Cohen | |
| 5 | August 5, 2003 letter from Provident Life to Dr. Simpson | |
| 6 | August 11, 2003 letter from Dr. Cohen | |
| 7 | Medical records of Dr. Simpson | |

| Ex. | Description | Objection |
|---|---|---|
| 8 | August 19 2003 letter Provident Life to Dr. Cohen | |
| 9 | August 18, 2003 note of telephone conversation | |
| 10 | August 14, 2003 Clinical Consultant note | |
| 11 | Field service referral form | |
| 12 | Medical records of Charles Mitgang, M.D. | |
| 13 | Medical records of Kenneth Kammler, M.D. | |
| 14 | Medical records of David Weinstock, M.D. | |
| 15 | Action plan records | |
| 16 | Undated letter from Dr. Cohen advising of notice of claim | |
| 17 | Initial Claimants Statement | We believe this is telephone interview notes and are hearsay. |
| 18 | Attending Physicians Statement of Dr. Simpson | |
| 19 | Job Description Form | |
| 20 | Customer Care Field Service Report, September 24, 2003 | Hearsay |
| 21 | October 1, 2003 telephone note | Hearsay |

| Ex. | Description | Objection |
|---|---|---|
| 22 | Vocational Rehabilitation Consultant log report, October 15, 2003 | |
| 23 | Business records of Dr. Cohen: | |
| 24 | Telephone call memo, October 21, 2003 | Hearsay |
| 25 | October 29, 2003 correspondence to Dr. Cohen: | |
| 26 | November 1, 2003 voicemail notation | Hearsay |
| 27 | November 13, 2003 telephone memo | Hearsay |
| 28 | November 13, 2003 telephone memo | Hearsay |
| 29 | November 18, 2003 correspondence to Dr. Cohen. | |
| 30 | November 20, 2003 telephone memo | Hearsay |
| 31 | November 25, 2003 fax from Dr. Cohen to Provident Life | |
| 32 | November 24, 2003 letter Dr. Cohen to Provident Life | |
| 33 | Claimant Statement, November 24, 2003 | |
| 34 | Attending Physician Statement, November 24, 2003 | |
| 35 | December 11, 2003 note of telephone conversation | Hearsay |
| 36 | December 12, 2003 note of telephone conversation | Hearsay |

| | Description | Objection |
|---|---|---|
| 37 | December 17, 2003 letter to Dr. Cohen | |
| 38 | Claimant Statement, December 22, 2003 | |
| 39 | Claimant Statement, December 22, 2003 | |
| 40 | Vocational Rehabilitation Consultant Log Report, December 19, 2003 | |
| 41 | Attending Physician Statement, February 23, 2004 | |
| 42 | Claimant Statement, December 12, 2004 | |
| 43 | Claimant Statement, March 22, 2004 | |
| 44 | Attending Physician Statement, March 29, 2004 | |
| 45 | Claimant Supplemental Statement, April 22, 2004 | |
| 46 | Attending Physician Statement, April 23, 2004 | |
| 47 | File review response by Joel Sacks, M.D. | |
| 48 | Clinical Review Request, July 29, 2004 | |
| 49 | Dr. Malek Report Dated August 24, 2004 | |
| 50 | Attending Physician Statement (Guardian), August 19, 2004 | |

| Exh. | Description | Objection |
|---|---|---|
| 51 | Claimant Statement, February 10, 2005 | |
| 52 | Attending Physician Statement, October 10, 2005 | |
| 53 | Attending Physician Statement, May 23, 2005 | |
| 54 | Claimant Statement May 23, 2005 | |
| 55 | Claimant Statement February 10, 2005 | |
| 56 | September 8, 2003 Field Report | Hearsay |
| 57 | Claimant Statement July 27, 2005 | |
| 58 | August 17, 2005 Field Report | Hearsay |
| 59 | February 21, 2006 Correspondence Provident Life to Dr. Cohen | |
| 60 | Financial Services Referral, October 28, 2005 | |
| 61 | Benefits Center field memo, November 2, 2005 | Hearsay |
| 62 | Management Referral, November 25, 2005 | |
| 63 | Telephone Memo, December 7, 2006 | Hearsay |
| 64 | March 31, 2005 Correspondence to Dr. Cohen | |
| 65 | March 30, 2006 Correspondence to Dr. Cohen | |

| | Description | Objection |
|---|---|---|
| 66 | Extended Duration Unit Triage Form Dated April 25, 2006 | |
| 67 | Claimant Statement, May 15, 2006 | |
| 68 | Attending Physician Statement, May 15, 2006 | |
| 69 | June 28, 2006 Correspondence from Provident Life to Dr Cohen | |
| 70 | Management Referral July 2006 | |
| 71 | Management Referral July 13, 2006 | |
| 72 | November 20, 2006 Management Referral | |
| 73 | Extended Duration Unit Triage Form, December 13, 2006 | |
| 74 | December 13, 2006 Correspondence to Dr. Cohen | |
| 75 | March 5, 2009 Correspondence to Dr. Cohen | |
| 76 | April 1, 2009 Correspondence Cheryl Lipsius, Esq. to Provident Life | |
| 77 | April 23, 2009 Correspondence Provident Life to Cheryl Lipsius, Esq. | |
| 78 | 1999 Federal tax return of Dr. Cohen | |
| 79 | 2000 Federal tax return of Dr. Cohen | |
| 80 | 2001 Federal tax return of Dr. Cohen | |

| | | |
|---|---|---|
| 81 | 2002 Federal tax return of Dr. Cohen | |
| 82 | Claim file maintained Provident Life | All Benefits Center phone memo and field reports are hearsay. Management Referral PLC-0002-IDI-000309-hearsay. |
| 83 | Dr. Cohen's responses to interrogatories | |
| 84 | Complaint filed by Dr. Cohen | |
| 85 | Dr. Groves report | |
| 86 | Dr. Groves CV | |
| 87 | X-rays of hand – 3/02/07 (From Plaintiff's list) | |

Dated: New York, New York
March 30, 2011

SCHINDEL, FARMAN, LIPSIUS
GARDNER & RABINOVICH LLP
Attorneys for Plaintiff

_____
Ira S. Lipsius, Esq.
14 Penn Plaza, Suite 500
New York, NY 10122

McELROY, DEUTSCH, MULVANEY
& CARPENTER, LLP
Attorneys for Defendant

_____
Louis P. DiGiaimo, Esq.
1300 Mount Kembel Ave. P.O. Box 2075
Morristown, NJ 07962

**SO ORDERED:**

_____
U.S.D.J.

**DATED:** _____