Ira S. Lipsius, Esq. (IL 5704)
Schindel, Farman, Lipsius, Gardner & Rabinovich LLP
Attorneys for Plaintiff, Isaac Cohen, M.D.
14 Penn Plaza, Suite 500
New York, NY 10122
212-563-1710

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ISAAC COHEN, M.D.,                                    CV 09-5383 (LDW) (ARL)

                Plaintiff,           **PLAINTIFF'S ADDENDUM**
                                          **TO TRIAL EXHIBITS**

   -against-

PROVIDENT LIFE AND CASUALTY,

                Defendant.
-----------------------------------------------------X

4.    **Additional Trial Exhibits**

      **For Plaintiff**:

| Exhibit | Description | Objection |
|---------|-------------|-----------|
| 33 | X-ray of Dr. Cohen's hands taken on April 15, 2003 | |

Dated: New York, New York
        July 8, 2011

                                          SCHINDEL, FARMAN, LIPSIUS
                                          GARDNER & RABINOVICH LLP
                                          Attorneys for Plaintiff

                                          _____
                                          Ira S. Lipsius, Esq.
                                          14 Penn Plaza, Suite 500
                                          New York, NY 10122
                                          212-563-1710