```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x
ISAAC COHEN, M.D.,

                    Plaintiff,          JUDGMENT IN A CIVIL CASE

          v.                             CV 09-5383 (LDW)

PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY,

                    Defendant.
----------------------------------------------------x
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 2 1 2011 ★

LONG ISLAND OFFICE

__XX__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff take nothing of defendant and that judgment is hereby enter in favor of defendant dismissing the complaint with prejudice.

Dated: Central Islip, New York
       July 21, 2011

ROBERT C. HEINEMANN
Clerk of Court

By: /s/
    Josiah Kharjie
    Courtroom Deputy